Josh H. Escovedo, State Bar No. 284506
Josiah M. Prendergast, State Bar No. 292840
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:    916.558.6000
Facsimile:    916.446.1611
Email: jescovedo@weintraub.com; jprendergast@weintraub.com

Attorneys for Plaintiff and Counterdefendant Graebel Commercial Services, Inc.


Tyson Arbuthnot, State Bar No. 215225
Richard M. Harris, State Bar No. 268171
**ROGERS JOSEPH O'DONNELL**
311 California Street
San Francisco, California  94104
Telephone:    415.956.2828
Facsimile:    415.956.6457
Email: tarbuthnot@rjo.com; rharris@rjo.com

Attorneys for Defendant and Counterclaimant Johnstone Moyer, Inc. and
Defendants Oyster Point Hotels, LLC, OTO Development, LLC, and
Arch Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAEBEL COMMERCIAL SERVICES, INC., a Colorado corporation, | Case No. 4:18-cv-03425-KAW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |
| OYSTER POINT HOTELS, LLC, a California limited liability company; OTO DEVELOPMENT, LLC, a Delaware limited liability company; JOHNSTONE MOYER, INC., a California corporation; and ARCH INSURANCE COMPANY, a Missouri corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

weintraub tobin chediak coleman grodin
law corporation

Pursuant to a settlement agreement between plaintiff and counterdefendant Graebel Commercial Services, Inc. ("Plaintiff") and defendant and counterclaimant Johnstone Moyer, Inc. and defendants Oyster Point Hotels, LLC, OTO Development, LLC, and Arch Insurance Company (collectively, "Defendants"), the parties hereby stipulate and request that Defendants be dismissed with prejudice in the above-entitled action; each party to bear its own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Respectfully submitted,

Dated: February 12, 2019      **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation

By:   /s/ Josh H. Escovedo
     Josh H. Escovedo
     California State Bar No. 284506

Attorneys for Plaintiff and Counterdefendant
Graebel Commercial Services, Inc.

Dated: February 12, 2019      **ROGERS JOSEPH O'DONNELL**

By:   /s/ Richard M. Harris
     Richard M. Harris
     California State Bar No. 268171

Attorneys for Defendant and Counterclaimant
Johnstone Moyer, Inc. and Defendants Oyster Point
Hotels, LLC, OTO Development, LLC, and
Arch Insurance Company

## ORDER

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice; each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __2/15/2019_____



The Honorable Kandis A. Westmore
Judge of the United States District Court

**weintraub tobin** chediak coleman grodin
law corporation